# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THOMAS MICHAEL WEST,

        Petitioner,      :      Case No. 3:18-cv-361

  - vs -                        District Judge Walter H. Rice
                                Magistrate Judge Michael R. Merz

LYNEAL WAINWRIGHT, Warden,
  Marion Correctional Institution

                                :

        Respondent.

## ORDER STRIKING ADDENDUM

This habeas corpus case is before the Court on Petitioner's "Addendum to Petitioner's Objections to Magistrate's Report and Recommendations in Further Support of the Invocation of this Honorable Court's Powers and Jurisdiction." (ECF No. 19).

The Report and Recommendations in question (ECF No. 14) was filed November 28, 2018. Therein Petitioner was advised that he had seventeen days in which to file objections. *Id.* at PageID 122. Petitioner filed timely Objections (ECF No. 15), but District Judge Rice overruled the Objections and entered judgment dismissing the case with prejudice on December 14, 2018 (ECF No. 16, 17). The instant Addendum was filed almost two months after the deadline for filing objections and after judgment.

Because untimely post-judgment objections are not authorized by the Federal Rules of Civil Procedure, the Addendum is STRICKEN.

February 7, 2019.

s/ *Michael R. Merz*<br>United States Magistrate Judge